# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA A. WALKER,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV270 |
| | ) | |
| v. | ) | |
| | ) | |
| **LOWE'S HOME CENTERS,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 32 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 32 from the record. The party has re-filed the document.

DATED this 7th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge